UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

            Plaintiff,

    v.

JUAN RAMON CABEZAS,

            Defendant.

3:11-CR-00064-HDM-WGC

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses Counts 1 through 4, 6 through 27, 29 through 32, 34 through 36 and 38 through 58 of the Indictment filed May 11, 2011, against JUAN RAMON CABEZAS, Defendant herein.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

By: _____
RONALD C. RACHOW
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Dated: March 6, 2012

_____
UNITED STATES DISTRICT JUDGE